IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILL MELOT,

    Plaintiff,

v.                                              CIV 14-0687 LAM/GBW

INTERNAL REVENUE SERVICE,
DANIEL WERFEL, ACTING IRS
COMMISSIONER,

    Defendants.

## JUDGMENT

Having dismissed this action without prejudice for lack of subject matter jurisdiction in the Order entered concurrently herewith, and pursuant to Fed. R. Civ. P. 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants.

**IT IS SO ORDERED**.

_____
LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**